# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00376-CV

In the Interest of A.R. and C.R., Children

On appeal from the
52nd District Court of Coryell County, Texas
Judge Cheryll Mabray, presiding
Trial Court Cause No. DC-24-55511

JUSTICE SMITH delivered the opinion of the Court.

## MEMORANDUM OPINION

The trial court terminated Mother's parental rights to A.R. and C.R. and appointed the Department of Family and Protective Services as managing conservator of the children.[1]  *See* TEX. FAM. CODE ANN. § 161.001.  Mother's attorney has now filed an *Anders* brief asserting that he diligently reviewed the record and that he believes the appeal is frivolous.  *See generally Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967); *In re A.S.*, 653 S.W.3d 298 (Tex. App.—Waco 2022, no pet.).  Mother did not file a *pro se* response to counsel's *Anders* brief.

---

[1] The trial court also terminated Father's parental rights to both children.  Father did not appeal.

Counsel's brief details the relevant facts of the case and its procedural history, and demonstrates why, under controlling authority, there exists no reversible error in the trial court's termination order. *See Stafford v. State*, 813 S.W.2d 503, 510 n.3 (Tex. Crim. App. 1991). We further conclude that counsel performed the educational duties required of appointed counsel upon the filing of an *Anders* brief. *See Anders*, 386 U.S. at 744; *In re A.S.*, 653 S.W.3d at 299-300.

As the reviewing appellate court, it is our duty upon receiving an *Anders* brief to independently examine the record to determine whether the appeal is frivolous. *See Penson v. Ohio*, 488 U.S. 75, 80 (1988). Arguments are frivolous when they "cannot conceivably persuade the court." *McCoy v. Court of Appeals*, 486 U.S. 429, 436 (1988). We have reviewed the entire record and counsel's brief, and we have determined that the appeal is frivolous. Accordingly, we affirm the trial court's order of termination.

Counsel's motion to withdraw as Mother's counsel is premature and is denied. *See In re P.M.*, 520 S.W.3d 24, 27 (Tex. 2016). Accordingly, if Mother desires to file a petition for review, her appellate counsel remains appointed in this case through any proceedings in the Texas Supreme Court unless otherwise relieved of his duties. *See id.*

_____

STEVE SMITH
Justice

OPINION DELIVERED and FILED:  March 19, 2026

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Affirmed; Motion denied
CV06

